WILLIAM C. WILKA (SBN 79667)
DUDNICK DETWILER RIVIN & STIKKER LLP
351 California Street, 15th Floor
San Francisco, CA 94104
Telephone: 415-982-1400
Facsimile: 415-982-1401

Attorneys for Defendant JERRY CHU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UBS FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JERRY CHU, <br><br> Defendant. | **CASE NO: C-04-4866 MMC** <br><br> **STIPULATION AND ORDER RE DISMISSAL** |

The parties, by and through their counsel of record, stipulate and agree as follows:

WHEREAS, on December 17, 2004, the Court entered a preliminary injunction in this matter; and

WHEREAS, Plaintiff UBS Financial Services, Inc. has initiated an Arbitration proceeding with the National Association of Securities Dealers.

NOW THEREFORE, the parties stipulate and agree as follows:

1. This matter shall be dismissed, except that the Court shall retain jurisdiction to enforce the preliminary injunction entered on December 17, 2004, or any Arbitration Award that may be entered pursuant to the Arbitration before the National Association of Securities Dealers;

2. The Case Management Conference currently scheduled for June 17, 2005, and all other pre-trial matters scheduled in this case, are taken off calendar; and

- 1 -

3. The preliminary injunction shall expire on December 17, 2005, unless further extended by an Order of the National Association of Securities Dealers Arbitration panel or by an Order of this Court. Upon expiration of the preliminary injunction, this case shall be dismissed with prejudice unless extended by the Court.

DATED: June 9, 2005           DUDNICK DETWILER RIVIN & STIKKER LLP

*William C. Wilka*
WILLIAM C. WILKA, ESQ.
Attorneys for Defendant
JERRY CHU

DATED: June 10, 2005          CARLSON, CALLADINE & PETERSON, LLP

*[signature]*
GUY D. CALLADINE, ESQ.
Attorneys for Plaintiff
UBS FINANCIAL SERVICES, INC.

### ORDER

The Court having read the foregoing stipulation of counsel, and good cause appearing, **IT IS SO ORDERED.**

DATED: June 10, 2005          /s/ Maxine M. Chesney
                              HONORABLE MAXINE M. CHESNEY
                              UNITED STATES DISTRICT JUDGE

P:\2403\05\PLEADINGS\STIP & ORDER.50609.DOC