WILLIAM C. WILKA (SBN 79667)
DUDNICK DETWILER RIVIN & STIKKER LLP
351 California Street, 15th Floor
San Francisco, CA 94104
Telephone: 415-982-1400
Facsimile: 415-982-1401

Attorneys for Defendant JERRY CHU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UBS FINANCIAL SERVICES, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>JERRY CHU,<br><br>  Defendant. | CASE NO: C-04-4866<br><br>[~~PROPOSED~~]<br>**ORDER OF DISMISSAL WITH PREJUDICE** |

WHEREAS, on June 10, 2005, this Court entered an Order that the preliminary injunction previously entered on December 17, 2004, would expire on December 17, 2005, unless further extended by an Order of the National Association of Securities Dealers Arbitration Panel or by an Order of this Court;

WHEREAS, this Court further ordered that upon expiration of the preliminary injunction, this case would be dismissed with prejudice unless extended by this Court;

WHEREAS, the preliminary injunction entered on December 17, 2004, has not been extended by an Order of the National Association of Securities Dealers Arbitration Panel or by an Order of this Court;

WHEREAS, the preliminary injunction entered on December 17, 2004, therefore expired on December 17, 2005; and

- 1 -
**ORDER CONFIRMING EXPIRATION OF PRELIMINARY INJUNCTION AND DISMISSAL WITH PREJUDICE**

WHEREAS, good cause appearing, IT IS ORDERED AS FOLLOWS:

1. This case is hereby DISMISSED WITH PREJUDICE; and
2. Each party to bear its own costs.

IT IS SO ORDERED.

DATED: December 28, 2005

*Maxine M. Chesney*
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

P:\2403\05\PLEADINGS\DISMISS.ORD.DOC

- 2 -
**ORDER CONFIRMING EXPIRATION OF PRELIMINARY
INJUNCTION AND DISMISSAL WITH PREJUDICE**